COZEN O'CONNOR

October 29, 2026

**Kristy Z. Miller**
**Direct Phone** (212) 453-3722
**Direct Fax** (646) 461-2064
kmiller@cozen.com

**VIA ECF**

The Honorable Margaret M. Garnett
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

Re: Chubb National Insurance Company as subrogee of Bennett Grau v. A.O. Smith Corporation, Donato Plumbing & Heating and Donato Plumbing Inc.
Civil Action No.: 25 CV 09178 (MMG)

Dear Judge Garnett:

As you know, my firm represents the Plaintiff in this property damage subrogation action. After conferring with all parties, we submit this joint letter as request for a discovery extension.

Currently, fact discovery is to be completed by November 28, 2026. We have completed the deposition of Plaintiff's insured, Mr. Bennet Grau. Counsel will depose the other homeowner eyewitness Marcy Grau on November 5, 2026. Counsel will depose Chubb's adjuster witness Patrick Kutil on December 3, 2026. Counsel for A. O. Smith also intends to notice the deposition of a designee of Plaintiff Chubb.

Plaintiff's expert disclosure is due November 2, 2026. However, depositions are still being scheduled, including the deposition of Donato employees Andrew Waiter and Ervis Lipe. The deposition of Sazan Meta (Master Plumber and Partner at Donato) will take place on November 6, 2026.

Plaintiff served a notice for the deposition of A. O. Smith's corporate designee witness on October 28, 2026, to take place on November 12, 2026. Counsel for A. O. Smith is in the process of identifying an appropriate witness but has advised counsel that their witnesses do not have availability in November. Upon identification of an appropriate witness, A. O. Smith will provide its designee witness's availability.

Further, a document subpoena for non-party Highline Construction, which was the general contractor, was also issued for November 12, 2026 for their records related to the

installation of the subject water heater. Counsel for A. O. Smith will serve subpoenas to the building ownership corporation (325 West End Avenue Owners Inc.) and several witnesses from the building including the superintendent (Ivan Rivera) and unit owner Greg Williamson, noticing their depositions to take place on November 19, 2026.

Given that the factual record is still being developed and depositions being scheduled, the parties are seeking a revision to the existing discovery deadlines as follows:

- Fact Discovery End – December 11, 2026
- Plaintiff's Expert Reports – December 15, 2026
- Defendant's Expert Reports – January 15, 2027
- Completion of Expert Depositions – February 15, 2027
- Summary Judgment/Pre-trial Conference – March 16, 2027

The above schedule was discussed amongst the parties and agreed to by all Counsel.

I thank Your Honor in advance for your time and attention to this matter.

Respectfully submitted,

COZEN O'CONNOR

Kristy Z. Miller

Kristy Z. Miller

cc: Counsel of record via ECF

GRANTED. The Court adopts the parties' proposed extensions. The parties are directed to work cooperatively and in good faith to complete discovery by the dates set forth above. The Court previously granted an extension of the discovery deadlines in this action, *see* Dkt. Nos. 35 & 42, and will not grant a further extension barring extraordinary circumstances that could not have been anticipated as of the date of this Order.

SO ORDERED. Dated: November 2, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE